956

No. 78–749.   KENTUCKY v. WHORTON.   Sup. Ct. Ky. [Certiorari granted, 439 U. S. 1067.] Consideration of respondent's suggestion of mootness deferred to hearing of case on the merits.

No. 78–759.   LEROY, ATTORNEY GENERAL OF IDAHO, ET AL. v. GREAT WESTERN UNITED CORP.   C. A. 5th Cir.   [Probable jurisdiction noted, 439 U. S. 1065.]   Motion of National Association of Insurance Commissioners for leave to file a brief as *amicus curiae* granted.   Motions of Attorney General of New York and Attorney General of Ohio for leave to participate in oral argument as *amici curiae* denied.

No. 78–1177.   WHITE MOUNTAIN APACHE TRIBE ET AL. v. BRACKER ET AL.   Ct. App. Ariz.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 78–5283.   JACKSON v. VIRGINIA ET AL.   C. A. 4th Cir. [Certiorari granted, 439 U. S. 1001.]   Motion of the Attorney General of California for leave to participate in oral argument as *amicus curiae* denied.

No. 78–6096.   WELCH v. CELEBREZZE, CHIEF JUSTICE, SUPREME COURT OF OHIO; and
No. 78–6133.   MEDLEY v. MOULTRIE, JUDGE.   Motions for leave to file petitions for writs of mandamus denied.

No. 77–6219.   BALDASAR v. ILLINOIS.   App. Ct. Ill., 2d Dist. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 78–959.   PERRIN v. UNITED STATES.   C. A. 5th Cir. Certiorari granted limited to Question 1 presented by the petition.